ACCEPTED
03-14-00654-CR
4367641
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 12:31:21 PM
JEFFREY D. KYLE
CLERK

## IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**JAMES PALACIO**

**V.**

**THE STATE OF TEXAS**

**NO. 03-14-00654-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 12:31:21 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Palacio, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his First Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

**I.**

That the above-styled and numbered cause is styled The State of Texas v. James Palacio, Cause Number D-1-DC-14-904021 in the 427th Judicial District Court of Travis County, Texas. Appellant was sentenced on September 26, 2014.

**II.**

Appellant was convicted of aggravated assault and punishment was assessed at thirty years imprisonment.

**III.**

Appellant's notice of appeal was filed on October 6, 2014. The reporter's record was filed on January 30, 2015 and the clerk's record was filed on January 26, 2015. The due date for the brief is Wednesday, March 4, 2015.

**IV.**

This is Appellant's first motion for extension of time to file his brief. Appellant

respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Saturday, April 18, 2015.  The next working day is Monday, April 20, 2015.

## V.

The undersigned attorney has begun reading the record in this case but has been unable to complete the briefs due to necessary work needed to be completed on several other appeal cases and due to her busy schedule in both the district and county courts. She is in the process of completing a brief in the cause of Robert Ritz v. State of Texas, Cause No. 03-14-00403-CR, and expects it to be filed on or before March 19, 2015.  In addition, she is working on a brief in the case of State of Texas v. Brian Roland Chandler, Cause No. 03-14-00547-CR which is due on March 13, 2015.  She asks that this extension be granted so that she may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas  78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion was computer generated and contains 448 words, as calculated by the word count function on my computer.

 /s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ


## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to Brief was e-served to the Travis County District Attorney's Office on this the 4th day of March, 2015.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ